B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Eastern District of Missouri

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C. | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
|---|---|
| 43-1846594 | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| 7934 N Lindbergh Blvd. Hazelwood, MO | |
| ZIP Code: 63042 | ZIP Code: |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| Saint Louis | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code: | ZIP Code: |

Location of Principal Assets of Business Debtor (if different from street address above):

## Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

## Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ A. Thomas DeWoskin**
Signature of Attorney for Debtor(s)

**A. Thomas DeWoskin 25320MO**
Printed Name of Attorney for Debtor(s)

**Danna McKitrick, P.C.**
Firm Name

**7701 Forsyth Blvd.**
**Suite 800**
**St. Louis, MO 63105**
Address

**314-726-1000  Fax: 314-725-6592**
Telephone Number

**August  5, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Guilan Norouzi**
Signature of Authorized Individual

**Guilan Norouzi**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August  5, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Missouri

In re: **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Bank United**<br>6515 E. 82nd Street, Suite 209<br>Indianapolis, IN 46250 | c/o Steven Gross<br>Bank United<br>6515 E. 82nd Street, Suite 209<br>Indianapolis, IN 46250<br>865-985-2539 | **SBA Operating Loan - Value of security estimated** | | 1,637,317.92<br><br>(600,000.00 secured) |
| **Victoria Zadeh**<br>415 Pointsettia Road<br>Clearwater, FL 33756 | c/o Marianno Favazza<br>Victoria Zadeh<br>415 Pointsettia Road<br>Clearwater, FL 33756<br>314-721-2777 | **Judgment entered 7.8.15 - Insider but included in list due to size** | **Disputed** | 815,687.00 |
| **GNVZ, LC**<br>415 Pointsettia Road<br>Clearwater, FL 33756 | c/o Marianno Favazza<br>GNVZ, LC<br>415 Pointsettia Road<br>Clearwater, FL 33756<br>314-721-2777 | **Judgment entered 7.8.15 - Insider but included in list due to size** | **Disputed** | 778,261.68 |
| **US Small Business Adm.**<br>**CDC/504 Loan**<br>**Business Finance Corporation**<br>7733 Forsyth Blvd, Suite 2300<br>Saint Louis, MO 63105 | Chris Tidwell<br>US Small Business Adm.<br>CDC/504 Loan<br>Business Finance Corporation<br>Saint Louis, MO 63105<br>314-615-7663 | **Guarantee of GNVZ Loan** | | 389,562.00<br><br>(0.00 secured) |
| **CanCapital**<br>155 North 400 West<br>Ste. 301<br>Salt Lake City, UT 84103 | Terence Steele<br>CanCapital<br>155 North 400 West<br>Ste. 301<br>Salt Lake City, UT 84103<br>866-901-4118 | **Working Capital - UCC 1 Defective** | | 138,422.99<br><br>(0.00 secured) |
| **IOU Financial**<br>600 Town Park Lane<br>Ste. 140<br>Kennesaw, GA 30144 | Chris Lawrence<br>IOU Financial<br>600 Town Park Lane<br>Ste. 140<br>Kennesaw, GA 30144<br>855-561-4177 | **Working Captial - UCC 1 Defective** | | 92,707.36<br><br>(0.00 secured) |

B4 (Official Form 4) (12/07) - Cont.

In re **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **PNC Bank Visa**<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | **PNC Bank Visa**<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429<br>877-459-9801 | **Credit Card** | | 48,439.88 |
| **Millenium Dental**<br>c/o Victoria Zadeh<br>415 Pointsettia Road<br>Clearwater, FL 33756 | c/o Victoria Zadeh<br>c/o Marianno Favazza<br>**Millenium Dental**<br>415 Pointsettia Road<br>Clearwater, FL 33756<br>314-721-2777 | **Judgment entered 7.8.15 - Insider but included in list due to size** | **Disputed** | 28,000.00 |
| **BWTP PC**<br>424 S. Woods Mill Road<br>Suite 340<br>Chesterfield, MO 63017 | Attn: James Thomas, CPA<br>BWTP PC<br>424 S. Woods Mill Road<br>Suite 340<br>Chesterfield, MO 63017<br>314-576-9650 | **Receiver** | **Disputed** | 18,230.00 |
| **Align Technology**<br>P.O. Box 742531<br>Los Angeles, CA 90074 | Luis Cartin<br>**Align Technology**<br>P.O. Box 742531<br>Los Angeles, CA 90074<br>888-897-5261 | **Dental Lab/Supply** | | 16,715.00 |
| **Collector of Revenue**<br>41 S Central Ave.<br>St. Louis, MO 63105 | **Collector of Revenue**<br>41 S Central Ave.<br>St. Louis, MO 63105<br>314-615-5500 | **2014 Property Tax** | | 16,624.62 |
| **US Bank Visa**<br>P.O. Box 790408<br>St. Louis, MO 63179-0408 | **US Bank Visa**<br>P.O. Box 790408<br>St. Louis, MO 63179-0408<br>866-485-4545 | **Credit Card** | | 12,525.00 |
| **IRS**<br>Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19104-5016 | **IRS**<br>Insolvency Unit<br>P.O. Box 7346<br>Philadelphia, PA 19104-5016<br>800-829-0115 | **2015 Payroll Taxes** | | 11,495.63 |
| **Computer Consultant**<br>11685 Lackland Road<br>Saint Louis, MO 63146 | Lee Wagner<br>**Computer Consultant**<br>11685 Lackland Road<br>Saint Louis, MO 63146<br>314-427-2677 | **Computer & IT Services** | | 8,760.00 |
| **Benco**<br>P.O. Box 731372<br>Dallas, TX 75373-1372 | Heather Ranallo<br>**Benco**<br>P.O. Box 731372<br>Dallas, TX 75373-1372<br>800-462-3626 | **Dental Supplies** | | 7,034.63 |

B4 (Official Form 4) (12/07) - Cont.

In re  St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DenMat<br>P.O. Box 511591<br>Los Angeles, CA 90051-8146 | DenMat<br>P.O. Box 511591<br>Los Angeles, CA 90051-8146<br>800-433-6628 | Laboratory Supplies | | 6,509.53 |
| Henry Schein<br>17897 Chesterfield Airport Rd.<br>Chesterfield, MO 63005 | Georgia Brinkley<br>Henry Schein<br>17897 Chesterfield Airport Rd.<br>Chesterfield, MO 63005<br>888-246-2986 | Dental Supplies, Equipment Maintenance | | 5,070.45 |
| CNA<br>333 S Wabash Ave.<br>Chicago, IL 60604 | Eldred Mitchell<br>CNA<br>333 S Wabash Ave.<br>Chicago, IL 60604<br>312-822-2544 | Deductible for Malpractice Claim | | 4,869.55 |
| AT&T Yellow Pages<br>P.O. Box 5010<br>Carol Stream, IL 60197-5010 | Anita Smith<br>AT&T Yellow Pages<br>P.O. Box 5010<br>Carol Stream, IL 60197-5010<br>800-801-7311 | Advertising | | 4,136.40 |
| Leonovo Financial Services<br>25325 Network Place<br>Chicago, IL 60673-1253 | Emily Phillips<br>Leonovo Financial Services<br>25325 Network Place<br>Chicago, IL 60673-1253<br>888-248-8673 | Computer Equipment Lease | | 3,379.39 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 5, 2015**  

Signature  **/s/ Guilan Norouzi**  
**Guilan Norouzi**  
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re: **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**
Debtor(s)

Case No.
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept Hourly per engagement letter | $ 0.00 |
   | Prior to the filing of this statement I have received (approximately) | $ 20,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **NOTE: I have received compensation in excess of $20,000 from the Debtor during the year prior to the filing of this case, but it was not in compensation in connection to this case. The $20,000 is an estimate.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 4, 2015**

/s/ A. Thomas DeWoskin
A. Thomas DeWoskin 25320MO
Danna McKitrick, P.C.
7701 Forsyth Blvd.
Suite 800
St. Louis, MO 63105
314-726-1000   Fax: 314-725-6592

---

# United States Bankruptcy Court
### Eastern District of Missouri

In re  **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**  
                             Debtor(s)

Case No. _____  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __6__ page(s) and is true, correct and complete.

/s/ Guilan Norouzi  
**Guilan Norouzi**/**President**  
Signer/Title

Dated: **August 5, 2015**

(L.F. 2 Rev. 03/03)

.

Academy of General Dentistry
211 East Chicago Ave
Ste. 900
Chicago, IL 60611-1999

Airgas Mid America, Inc.
P.O. Box 532609
Atlanta, GA 30353

Align Technology
P.O. Box 742531
Los Angeles, CA 90074

AT&T Yellow Pages
P.O. Box 5010
Carol Stream, IL 60197-5010

AudioMakers
7505 East Main St.
Ste. 100
Scottsdale, AZ 85251

Bank United
6515 E. 82nd Street, Suite 209
Indianapolis, IN 46250

Bell Medical Inc.
P.O. box 771470
St. Louis, MO 63177-9816

Benco
P.O. Box 731372
Dallas, TX 75373-1372

Bookout Dental Laboratory
2536 S. Old Hwy 94
Ste. 100
St. Charles, MO 63303

BWTP PC
424 S. Woods Mill Road
Suite 340
Chesterfield, MO 63017

CanCapital
155 North 400 West
Ste. 301
Salt Lake City, UT 84103

Cintas
P.O. Box 636525
Cincinnati, OH 45263-6525

```
Clinician's Choice Dental Products
P.O. Box 1706
New Milford, CT 06776

CNA
333 S Wabash Ave.
Chicago, IL 60604

Collector of Revenue
41 S Central Ave.
St. Louis, MO 63105

Colson Services Corp
101 Barclay Street
8E
New York, NY 10286

Community News
2139 Bryan Valley Commercial Drive
O'Fallon, MO 63366

Computer Consultant
11685 Lackland Road
Saint Louis, MO 63146

Corvas of St. Louis
P.O. Box 1604
Maryland Heights, MO 63043

Darby Dental
P.O. Box 26582
New York, NY 10087-6582

DataSphere
15395 SE 30th Pl
Ste. 300
Bellevue, WA 98007

Demandforce
22 4th Street, 12th Floor
San Francisco, CA 94103

DenMat
P.O. Box 511591
Los Angeles, CA 90051-8146

Dental Arts
1311 Baur Blvd.
Saint Louis, MO 63132

Dentsply-Tulsa Dental
P.O. Box 536935
Dept. TUL
Atlanta, GA 30353-6935
```

```
Discus Dental LLC/Philips
P.O. Box 847632
Dallas, TX 75284-7632

Dorsey Dental Lab, Inc.
1227 W. Walnut St
Rogers, AZ 72756

eServices
Dept. Ch 10677
Palatine, IL 60055-0677

FedEx
P.O. Box 94515
Palatine, IL 60094-4515

GNVZ, LC
415 Pointsettia Road
Clearwater, FL 33756

GorePerry Reporting & Video
P.O. Box 28481
St. Louis, MO 63146

Graphic Connections Group, LLC
174 Chesterfield Ind. Blvd
Chesterfield, MO 63005

Greater North County Chamber
420 W Washington St
Florissant, MO 63031

Greater St. Louis Dental Society
11457 Olde Cabin Rd.
Ste. 300
St. Louis, MO 63141

Gregory Hoffmann
230 S. Bemiston
Suite 1110
Saint Louis, MO 63105

Healthfirst Corporation
Dept. CH 14330
Palatine, IL 60055-4330

Henry Schein
17897 Chesterfield Airport Rd.
Chesterfield, MO 63005

Hibu, Inc.
P.O. Box 660052
Dallas, TX 75266-0052
```

```
Hughes Customat, Inc.
170 Boulder Ind. Dr.
Bridgeton, MO 63044

Hydro Floss
3030 Dublin Circle
Bessemer, AL 35022

IOU Financial
600 Town Park Lane
Ste. 140
Kennesaw, GA 30144

IRS
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19104-5016

Jaguar Financial Grp C/O Chase
P.O. Box 78074
Phoenix, AZ 85062-8074

Law Offices of John S. Wallach, P.C.
Attn:  John S. Wallach
University Tower
1034 South Brentwood, Suite 1900
Saint Louis, MO 63117-1219

Lenovo Financial Services
10201 Centurion Parkway N. #100
Jacksonville, FL 32256

Leonovo Financial Services
25325 Network Place
Chicago, IL 60673-1253

Mariano V. Favazza
Anderson & Gilbert, L.C.
1010 Market Street
Suite 1540
Saint Louis, MO 63101-2000

McCarthy Pest & Terminte Control
954 Sycamore
St. Charles, MO 63304

MedConnectUSA
P.O. Box 61984
Phoenix, AZ 85082-1984

Midwest Spine & Injury Center
2108 Schuetz Rd.
St. Louis, MO 63146
```

```
Millenium Dental
c/o Victoria Zadeh
415 Pointsettia Road
Clearwater, FL 33756

Minoo Norouzi
1077 Fleet Street
Mississauga, Ontario  L5H3P4

Nierman Practice Management
221 Old Dixie Hwy
Tequesta, FL 33469

Onesource Water
P.O. Box 123
Greensburg, IN 47240

P & G Oral Health
24808 Network Place
Chicago, IL 60673-1248

Patterson Dental Supply
4810 Park 370 Blvd.
Hazelwood, MO 63042

Philips Healthcare
P.O. Box 100355
Atlanta, GA 30384-0355

PNC Bank Visa
P.O. Box 3429
Pittsburgh, PA 15230-3429

PRIMA Digital Video
6614 Clayton Rd.
Ste. 174
St. Louis, MO 63117

Quad City Dental Laboratory, Inc.
3800 29th Street
Moline, IL 61265

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Rauch-Milliken International, Inc.
PO Box 8390
Metairie, LA 70011-8390

Robert J. Lenze
3703 Watson Road
Saint Louis, MO 63109
```

```
St. Jude's Flowers & Gifts
7421 N Lindbergh Blvd
Hazelwood, MO 63042

Stericycle
P.O. Box 6575
Carol Stream, IL 60197

Sunshine Window Cleaning
P.O. Box 220044
Kirkwood, MO 63122

The Independent News
25 St. Anthony Lane
Florissant, MO 63031

Total Comfort Heating & Cooling
2325 Grissom
St. Louis, MO 63146

US Bank Visa
P.O. Box 790408
St. Louis, MO 63179-0408

US Small Business Adm.
CDC/504 Loan
Business Finance Corporation
7733 Forsyth Blvd, Suite 2300
Saint Louis, MO 63105

Victoria Zadeh
415 Pointsettia Road
Clearwater, FL 33756

Zimmer Dental
14234 Collections Center Dr
Chicago, IL 60693
```

# United States Bankruptcy Court
## Eastern District of Missouri

In re  **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**  
Debtor(s)

Case No. _____  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 5, 2015** | /s/ A. Thomas DeWoskin |
| Date | A. Thomas DeWoskin 25320MO |
| | Signature of Attorney or Litigant |
| | Counsel for  **St. Louis Center for Aesthetic & Restorative Dentistry - Guilan Norouzi, D.D.S., P.C.** |
| | **Danna McKitrick, P.C.** |
| | **7701 Forsyth Blvd.** |
| | **Suite 800** |
| | **St. Louis, MO 63105** |
| | **314-726-1000 Fax:314-725-6592** |