# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15-45816-705 |
| | ) | |
| St. Louis Center for Aesthetic & Restorative | ) | Chapter 11 |
| Dentistry – Guilan Norouzi, D.D.S., P.C., | ) | |
| | ) | |
| Debtor. | ) | Hon. Charles E. Rendlen, III |
| | ) | U.S. Bankruptcy Judge |
| | ) | |
| | ) | (No Hearing Requested) |
| | ) | |

## UNITED STATES TRUSTEE'S RECOMMENDATION ON THE APPOINTMENT OF PATIENT CARE OMBUDSMAN

Comes now Daniel J. Casamatta, the Acting United States Trustee for Region 13 and the Eastern District of Missouri (the "United States Trustee"), by and through the undersigned Assistant United States Trustee, and hereby provides his report and recommendation concerning whether an ombudsman should be appointed in the present case pursuant to 11 U.S.C. Section 333. Inasmuch as the Section 341 meeting has not been conducted and the schedules and Statement of Financial Affairs have not been filed, information is limited to date. Nonetheless, based upon the pending motion to dismiss filed by the debtor, the initial debtor interview conducted by this office, representations by proposed counsel for the debtor in filings with and statements before the Court, and insurance documents provided to this office, the United States Trustee does not recommend the appointment of a patient care ombudsman at this point in the case.

(Rest of Page Blank)

RESPECTFULLY SUBMITTED this 8th day of September, 2015.

>DANIEL J. CASAMATTA
>Acting United States Trustee
>
>PAUL A. RANDOLPH
>Assistant United States Trustee
>
>By: /s/Paul A. Randolph
>E.D.Mo #506384, AZ # 011952
>Assistant United States Trustee
>111 S. 10th Street, Suite 6.353
>St. Louis, MO 63102
>PH: (314) 539-2984
>FAX: (314) 539-2990
>Email: paul.a.randolph@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to those parties served with this document by the Court's CM/ECF system, the undersigned served a true and complete copy of this document by first class or electronic mail to those parties listed below this 8th day of September, 2015:

A. Thomas DeWoskin, Esq.
Danna McKitrick, P.C.
7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105

Gregory F. Hoffman, Esq.
Millar, Schaefer, Hoffman & Robertson
230 S. Bemiston, Ste. 110
Clayton, MO 63105

>By: Paul A. Randolph