## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:  mtn 29** | ) | Case No.  15-45816-705 |
| | ) | Chapter 11 |
| St. Louis Center for Aesthetic & Restorative | ) | |
| Dentistry – Guilan Norouzi, DDS, PC. | ) | **ORDER DISMISSING CASE** |
| | ) | |
| Debtor. | ) | |
| | ) | |

Upon consideration of the Motion of St. Louis Center for Aesthetic & Restorative Dentistry – Guilan Norouzi, DDS, PC. ("Debtor"), Debtor and Debtor-in-Possession herein, for an order authorizing the dismissal of this Chapter 11 case; and the Court being satisfied that the dismissal of this case is in the best interest of the Debtors, their estates and creditors; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefor

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED in that this bankruptcy case is DISMISSED.

2.      The Debtors shall pay all quarterly fees owed under 28 U.S.C. § 1930(a)(6) to the United States Trustee promptly upon receipt of an invoice therefor.

3.      All pending matters are denied as moot.

4.      Within three business days after the entry of this Order, counsel for the Debtor shall serve a copy of this Order upon all creditors and parties in interest, and shall file a certificate of service within one business day after service.

DATED: September 17, 2015                         CHARLES E. RENDLEN, III
St. Louis, Missouri 63102                             U.S. Bankruptcy Judge
mtc

Order prepared by:

    A. Thomas DeWoskin, #25320MO
    7701 Forsyth Blvd., Suite 800
    St. Louis, Missouri 63105